# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION** |
| | ) | **FOR RECONSIDERATION OF** |
| v. | ) | **ORDER OF DETENTION** |
| | ) | |
| Kasey Lynn Hall, | ) | Case No.: 1:23-cr-00191 |
| | ) | |
| Defendant. | ) | |

On November 30th, 2023, Defendant filed a *Motion for Reconsideration of Order of Detention* (Doc. No. 28). Advising that Defendant has been accepted into the Sahnish Healing Lodge Sober Living in White Shield, North Dakota, she requests to be released as the facility has a bed available on December 5th, 2023.

On December 1st, 2023, the United States filed a response in opposition to Defendant's motion. (Doc. No. 31). It asserts that Defendant's proposed release option does not seem to contain a substance abuse treatment program that would mitigate Defendant's risk of non-appearance and danger to the community. (*Id.*). It further asserts that Defendant's release option is to a sober living home and does not provide the level of support required to address Defendant's history of substance abuse and addiction. (*Id.*).

A detention hearing may be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2).

Here, the information provided by Defendant that she was accepted into the Sahnish Healing Lodge Sober Living is new. However, it does not sufficiently address the danger or risk

of flight Defendant poses or tip the balance of 18 U.S.C. § 3142(g) in favor of her release. Defendant has a long-standing history of substance abuse issues, and the current proposed release option does not seem to adequately address Defendant's addiction. Accordingly, the Defendant's motion is **DENIED**. (Doc. No. 28).

**IT IS SO ORDERED.**

Dated this 1st day of December, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court