IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **RECONSIDERATION OF DETENTION AND** |
| vs. | ) | **SETTING CONDITIONS OF RELEASE** |
| | ) | |
| Kasey Lynn Hall, | ) | Case No. 1:23-cr-191 |
| | ) | |
| Defendant. | ) | |

The court previously ordered Defendant detained. (Doc. No. 12). She is being housed by the United States Marshal at the Sherburne County Jail in Elk River, Minnesota.

On December 7, 2023, Defendant filed a motion for reconsideration of the court's detention order. (Doc. No. 33). Advising that she has secured a placement at Project Turnabout, an inpatient treatment facility in Minnesota, she request to be released to Project Turnabout so that she can begin treatment at one of its campuses.[1]

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 33). Defendant shall be released to staff of Project Turnabout or other person(s) approved by the Pretrial Services Officer no earlier than 9:00 AM on December 11, 2023. Defendant's shall comply with the following conditions.

(1)  Defendant must not violate federal, state, tribal, or local law while on release.

(2)  Defendant must appear in court as required and must surrender to serve any sentence imposed.

---

[1] According to Defendant's acceptance letter, Project Turnabout has campuses in Great Falls, Marshall, Wilmar, and Redwood Falls, Minnesota. (Doc. No. 33-1).

1

(3) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(4) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses or co-defendants, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such persons as is necessary in the furtherance of Defendant's legal defense.

(7) Defendant shall reside at a Project Turnabout campus, participate in its programming, and abide by its rules and regulations.

(8) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the treatment facility OR to communicate with facility staff about the defendant's progress in the program.

(9) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the treatment facility OR to communicate with facility staff about

the defendant's progress in the program.

Any passes allowed by the treatment facility must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from the treatment program, Defendant must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, defendant must advise the Pretrial Services Officer of the defendant's anticipated completion date so the Court may schedule a hearing to review the defendant's release status.

(10) Defendant shall submit Defendant's person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer.  Failure to submit to a search may be grounds for revocation of pretrial release.  Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.  The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

(11) Defendant shall not obtain a passport and other foreign travel document(s).

(12) Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2023.

<u>/s/ Clare R. Hochhalter</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court