# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Kasey Lynn Hall, ) | Case No. 1:23-cr-191 |
| ) | |
| Defendant. ) | |

On December 8, 2023, the court issued an order: (1) granting Defendant's motion for reconsideration of its detention order; and (2) conditionally releasing Defendant no earlier than 9:00 AM on December 11, 2023, to a representative of Project Turnabout for transport to Project Turnabout's treatment facility/campus. (Doc. No. 34).

On December 11, 2023, the court was advised that Project Turnabout's representative was unable to transport Defendant as anticipated. Accordingly, the court **VACATES** its December 8, 2023, order. Defendant shall remain in custody pending further order. Defendant may renew her motion for reconsideration of the court's detention at a later date when she is able to provide a date and time certain for her transport by Project Turnabout to its treatment facility/campus.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court