IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Kasey Lynn Hall, ) | Case No. 1:23-cr-191 |
| ) | |
| Defendant. ) | |

On December 8, 2023, the court issued an order: (1) granting Defendant's motion for reconsideration of its detention order; and (2) conditionally releasing Defendant no earlier than 9:00 AM on December 11, 2023, to a representative of Project Turnabout for transport to Project Turnabout's treatment facility/campus. (Doc. No. 34).

On December 11, 2023, the court vacated its December 8, 2023, order because a representative of Project Turnabout was unable to transport Defendant as anticipated. (Doc. No. 35).

On December 11, 2023, Defendant filed a second motion for reconsideration of the court's detention order. (Doc. No. 36). On December 12, 2023, Defendant filed an a third motion for reconsideration of the court's detention order. (Doc. No. 37). Therein Defendant advises that Project Turnabout's representative can transport her to Project's Turnabout's campus on December 12, 2023.

The court **GRANTS** Defendant's third motion for reconsideration of its detention order. (Doc. No. 37). Defendant's second motion for reconsideration (Doc. No. 36) is deemed **MOOT**. Defendant shall be released to a representative of Project Turnabout or other person(s) approved by the Pretrial Services Officer no earlier than 1:30 PM on December 12, 2023. Defendant shall

comply with the following conditions while on release.

    (1)    Defendant must not violate federal, state, tribal, or local law while on release.

    (2)    Defendant must appear in court as required and must surrender to serve any sentence imposed.

    (3)    Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

    (4)    Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

    (5)    Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

    (6)    Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses or co-defendants, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such persons as is necessary in the furtherance of Defendant's legal defense.

    (7)    Defendant shall reside at a Project Turnabout campus, participate in its programming, and abide by its rules and regulations.

    (8)    Defendant must sign all release forms to allow the Pretrial Services Officer to obtain

information from the treatment facility OR to communicate with facility staff about Defendant's progress in the program.

Any passes allowed by the treatment facility must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from the treatment program, Defendant must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, defendant must advise the Pretrial Services Officer of the defendant's anticipated completion date so the Court may schedule a hearing to review the defendant's release status.

(10) Defendant shall submit Defendant's person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition. The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

(11) Defendant shall not obtain a passport and other foreign travel document(s).

(12) Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

If Defendant cannot be transported as anticipated on December 12, 2023, she shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2023.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court