IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **AMENDED ORDER GRANTING** |
| Plaintiff, | ) | **MOTION FOR MODIFICATION OF** |
| | ) | **ORDER SETTING CONDITIONS OF** |
| vs. | ) | **RELEASE** |
| | ) | |
| Kasey Lynn Hall, | ) | |
| | ) | Case No. 1:23-cr-191 |
| Defendant. | ) | |

On December 12, 2023, the court issued an order conditionally releasing Defendant so that she could travel to and participate in an inpatient treatment program at a Project Turnabout campus in Minnesota. (Doc. No. 38).

On January 16, 2024, Defendant filed a Motion for Modification of Order Setting Conditions of Release. (Doc. No. 39). She requests that the court modify her release conditions to permit her to reside at the Sahnish Healing Lodge Sober Living in Bismarck, North Dakota. She advises that she has successfully completed her course of treatment and is anticipating that she will be discharged from Project Turnabout on January 17, 2024. She further advises that she has secured a placement at Sahnish Healing Lodge Sober Living in Bismarck and the Good Road Recovery has made arrangements for transport from Minnesota to Bismarck. She has provided the court with her travel itinerary. (Doc. No. 39-3).

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 39) and modifies her release conditions as follows. Upon her discharge from Project Turnabout, Defendant shall report to and reside at the Sahnish Healing Lodge Sober Living. She shall not change this residence without the prior permission of the Pretrial Services Officer.

Within 48 hours of her arrival at the Sahnish Healing Lodge Sober Living, she shall contact the Pretrial Services Office and thereafter continue to report as that office directs. Her travel shall be restricted to the State of North Dakota, except as otherwise authorized by the Pretrial Services Officer. She is reminded that she remains subject to all other conditions of release previously imposed by the court.

**IT IS SO ORDERED.**

Dated this 13th day of March, 2024.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court