# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>  )<br>          Plaintiff, )<br>  )<br>vs. )<br>  )<br>Kasey Lynn Hall, )<br>  )<br>          Defendant. ) | **ORDER**<br><br><br>Case No. 1:23-cr-191 |

Defendant is charged in a petition with violating her conditions of supervised release. (Doc. No. 71). A warrant for Defendant's arrest has been issued based upon the petition. (Doc. No. 72).

On January 29, 2026, the United States filed a Motion to Quash Arrest Warrant and to Issue Summons. (Doc. No. 73). It advises that the Probation Officer recently confirmed that Defendant has been admitted to and is residing in a sober living facility located in New Town, North Dakota. It requests that the court quash Defendant's arrest warrant and direct the Clerk's office to issue a Summons for Defendant.

The court **GRANTS** the United State's motion (Doc. No. 73) and **QUASHES** Defendant's arrest warrant. The Clerk's office shall issue a Summons for Defendant.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2026.

                                                            */s/ Clare R. Hochhalter*
                                                            Clare R. Hochhalter, Magistrate Judge
                                                            United States District Court